**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Patrick GREGORY, Defendant–
Appellant.**

No. 02–6066.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Patrick Gregory, Appellant Pro Se. Mary Hannah Lauck, Office of the United

States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Patrick Gregory seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Gregory,* Nos. CR-96-41; CA-01-573 (E.D.Va. Dec. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*